UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VERONICA CUENCA, et al.,

                Plaintiffs,         **MEMORANDUM ORDER**

    - v -

                                        CV-02-4773 (VVP)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

      In reviewing the papers submitted by the plaintiff in support of the entry of an Infant Compromise Order, the court notes that the affidavit of the infant's guardian does not address the medical treatment, if any, received by the infant as a result of the physical injuries suffered as required by the applicable rules of the State of New York. *See* N.Y.C.P.L.R. 1208(a)(4) and (7). Nor are copies of any medical or hospital reports concerning the injuries provided. *See id.* R. 1208(c). Accordingly, a supplemental affidavit with information concerning those matters is to be submitted at or prior to the hearing now scheduled for December 6, 2005. If the infant received no medical treatment for the injuries suffered, the affidavit shall so state.

                                            **SO ORDERED:**

                                            *Viktor V. Pohorelsky*
                                            VIKTOR V. POHORELSKY
                                            United States Magistrate Judge

Dated:      Brooklyn, New York
              October 13, 2005